Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiff
BACKGRID USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., | Case No.: 2:21-cv-1409 VAP (SKx) |
| *Plaintiff*, | *Hon. Virginia A. Phillips* |
| v. | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| CASANDRA VENTURA, | |
| *Defendant*. | |

TO THE CLERK OF THE COURT:

Under Rule 4l(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff BackGrid USA, Inc. hereby voluntarily dismisses *without* prejudice the entire action against all parties.

Dated:  August 4, 2021          Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
Peter E. Perkowski
Attorneys for Plaintiff BACKGRID USA, INC.

1

DISMISSAL